1  OLIVER BROWN (State Bar No. 335952)
   Oliver.Brown@mto.com
2  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue
3  Fiftieth Floor
   Los Angeles, California 90071-3426
4  Telephone:   (213) 683-9100
   Facsimile:   (213) 687-3702
5
   Attorneys for Motion Picture Association, Inc.
6

7

8

9              UNITED STATES DISTRICT COURT

10      CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

11

| In Re 17 U.S.C. § 512(h) Subpoena to TONIC DOMAINS CORPORATION | Case Number:  2:25-mc-00024 **DECLARATION OF LARISSA KNAPP IN SUPPORT OF ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)** |
|---|---|

I, Larissa Knapp, the undersigned, declare that:

    1.    I am Executive Vice President and Global Chief Content Protection for the Motion Picture Association, Inc. ("MPA").  I submit this declaration on behalf of Disney Enterprises Inc., Columbia Pictures Industries Inc., Paramount Pictures Corporation, and Warner Bros. Entertainment Inc. ("ACE Members"), each of which is a member of the Alliance for Creativity and Entertainment ("ACE").  ACE is a global coalition of leading content creators and on-demand entertainment services committed to supporting the legal marketplace for video content and

addressing the challenge of online piracy.  The ACE Members, whether themselves or through subsidiaries and affiliates, own the copyrights in the below referenced copyrighted works.

2. The ACE Members (via the Motion Picture Association, Inc.) are requesting issuance of the attached proposed subpoena that would order Tonic Domains Corporation to disclose the identities, including names, physical addresses, IP addresses, telephone numbers, e-mail addresses, payment information, account updates and account histories of the users operating the following websites:

| No | Infringing Website | Infringed Title 1 | Infringing URL 1 | Infringed Title 2 | Infringing URL 2 |
|---|---|---|---|---|---|
| 1 | **1337x.to** | A Quiet Place | 1337x.to/torrent/3076775/A-Quiet-Place-2018-WEBRip-1080p-YTS-YIFY/ | Wish | 1337x.to/torrent/5966993/Wish-2023-1080p-WEBRip-1400MB-DD5-1-x264-GalaxyRG/ |
| 2 | **netmovies.to** | Frozen | web.netmovies.to/hhjkasitu99yikyw0244/ | Sonic the Hedgehog 2 | web.netmovies.to/sonic-the-hedgehog-2/ |
| 3 | **1hd.to** | Tenet | 1hd.to/watch-movie/watch-tenet-online-63301/1149873 | Jumanji: The Next Level | 1hd.to/watch-movie/watch-jumanji-the-next-level-online-1663/1130807 |
| 4 | **freek.to** | Tenet | freek.to/watch/movie/577922 | Jumanji: The Next Level | freek.to/watch/movie/512200 |
| 5 | **freeky.to** | Tenet | freeky.to/watch/movie/577922 | Jumanji: The Next Level | freeky.to/watch/movie/512200 |
| 6 | **binged.to** | Tenet | binged.to/watch/movie/577922 | Jumanji: The Next Level | binged.to/watch/movie/512200 |

3. The purpose for which this subpoena is sought is to obtain the identities of the individuals assigned to these websites who have exploited ACE Members' exclusive rights in their copyrighted motion pictures without their authorization.

1 | This information will only be used for the purposes of protecting the rights granted
2 | to ACE Members, the motion picture copyright owners, under Title II of the Digital
3 | Millennium Copyright Act.
4 |
5 |     I declare under penalty of perjury under the laws of the United States of
6 | America that the foregoing is true and correct to the best of my knowledge,
7 | information or belief.
8 |     Executed at Washington D.C., on April 14, 2025.

*Larissa Knapp*

Larissa Knapp